IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| Linda Wright, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 12-3484-CV-S-JTM |
| Carolyn W. Colvin, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## O R D E R

Pending before the Court is *Defendant's Motion to Remand,* pursuant to sentence four of section 205(g), 42 U.S.C. §405(g), filed June 3, 2013, [Doc. 11]. After due consideration of the issues presented, and good cause having been shown by the defendant, it is

**ORDERED** that this matter is **REVERSED AND REMANDED** to the Social Security Administration pursuant to 42 U.S.C. §405(g), sentence 4, for remand to an Administrative Law Judge for further consideration of plaintiff's claim as set forth in defendant's motion.

                                                  */s/ John T. Maughmer*
                                                  JOHN T. MAUGHMER
                                                  U. S. MAGISTRATE JUDGE