# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION

| | |
|---|---|
| Linda Wright, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Carolyn W. Colvin, )<br>)<br>Defendant. )<br>) | Civil Action No.<br>12-3484-CV-S-JTM |

## O R D E R

Pending before the Court is *Defendant's Motion to Remand,* pursuant to sentence four of section 205(g), 42 U.S.C. §405(g), filed June 3, 2013, [Doc. 11]. After due consideration of the issues presented, and good cause having been shown by the defendant, it is

**ORDERED** that this matter is **REVERSED AND REMANDED** to the Social Security Administration pursuant to 42 U.S.C. §405(g), sentence 4, for remand to an Administrative Law Judge for further consideration of plaintiff's claim as set forth in defendant's motion.

　　　　　　　　　　　　　　　　　　　　*/s/ John T. Maughmer*　　　　　　　
　　　　　　　　　　　　　　　　　　　　**JOHN T. MAUGHMER**
　　　　　　　　　　　　　　　　　　　　**U. S. MAGISTRATE JUDGE**