# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| **Linda Wright,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) Case No. 12-3484-CV-W-JTM |
| | ) |
| **Carolyn W. Colvin,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

Pending before the Court is plaintiff's *Application for Attorney's Fees Under The Equal Access To Justice Act*, filed October 23, 2013 [Doc. 15]. After due consideration of the issues presented, and in light of the agreement of the parties, it is

**ORDERED** that plaintiff's *Application for Attorney's Fees Under The Equal Access To Justice Act*, filed October 23, 2013 [Doc. 15] is **GRANTED**. Accordingly, plaintiff is awarded fees pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412, in the amount of $3,434.69.

*/s/ John T. Maughmer*
**John T. Maughmer**
**United States Magistrate Judge**